UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

  -vs-

EDWARD C. GOTTSCHALK,
PRESIDENT OF G & K
EXCAVATING, INC.,

    Respondent.
_____/

MISC. NO. 06-X-50767

HON. SEAN COX

## ORDER DISMISSING PETITION TO ENFORCE IRS SUMMONS

Petitioner having advised the Court that respondent, Edward C. Gottschalk, President of G & K Excavating, Inc., has complied with the Internal Revenue Service Summons served upon him on March 29, 2006, by providing Revenue Officer David B. Hauenstein with the information sought in the summons;

IT IS HEREBY ORDERED that the petition to enforce IRS summons brought against respondent, Edward C. Gottschalk, President of G & K Excavating, Inc., by the petitioner is hereby dismissed without prejudice and without costs.

                                    s/ Sean F. Cox
                                    SEAN COX
                                    United States District Judge

Dated: February 12, 2007

Copies to: Counsel of Record